# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) No. 18-CR-30036-MJR |
| v. | ) |
| | ) |
| ANDREW KIRCHHOEFER, | ) |
| | ) |
|     Defendant. | ) |

## DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM

Defendant, Andrew Kirchhoefer ("Kirchhoefer"), by and through his counsel, Justin K. Gelfand and the law firm of Margulis Gelfand, LLC, respectfully supplements his sentencing memorandum by joining the Government in requesting a sentence of probation coupled with three days of intermittent confinement and six months of home detention.

In his original sentencing memorandum, Kirchhoefer submitted that a sentence of probation in this case is "sufficient, but not greater than necessary." 18 U.S.C. § 3553(a). In its sentencing memorandum, the Government agreed that probation is the appropriate sentence in this case. (Doc. 12). However, the Government argued that the special conditions of probation should also require Kirchhoefer to serve three days of intermittent confinement in the St. Clair County Jail and six months of home detention. (*Id.*).

Upon further reflection, Kirchhoefer concurs with the Government's position on these issues and respectfully joins in the Government's requested sentence of probation coupled with three days of intermittent confinement and six months of home detention. This sentence is "sufficient, but not greater than necessary" and that is what the law requires. *See* 18 U.S.C. § 3553(a).

Respectfully submitted,

**Margulis Gelfand, L.L.C.**

*/s/Justin K. Gelfand*
JUSTIN K. GELFAND
8000 Maryland Ave., Ste. 420
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
Attorney for Defendant

## Certificate of Service

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney and all other counsel in this case.

*/s/ Justin K. Gelfand*
JUSTIN K. GELFAND
8000 Maryland Ave., Ste. 420
St. Louis, MO  63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
Attorney for Defendant